IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-21444

ROBERT and TRACI FINLAY,

    Plaintiffs,

v.

THOMAS LANDIS, LLC and
CAVALRY PORTFOLIO SERVICES, LLP,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Southern District of Florida, Plaintiffs' Notice of Settlement. Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **ROBERT and TRACI FINLAY**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I HEREBY CERTIFY THAT this Notice was filed on this 3rd day of June, 2011, by means of the CM/ECF system.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served upon counsel of record Ms. Penny Shemtob, Calvary Portfolio Services, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595 and Thomas Landis, LLC, 1210 Northbrook Dr., Suite 300, Trevose, PA 19053, by depositing the same on June 3, 2011, in the U.S. Mail, enclosed in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com