IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-21444

ROBERT and TRACI FINLAY,

    Plaintiffs,

v.

THOMAS LANDIS, LLC and
CAVALRY PORTFOLIO SERVICES, LLP,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of Court of the Southern District Florida Plaintiffs' Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendants.

**RESPECTFULLY SUBMITTED** this 1st day of July, 2011.

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I certify that on July 1, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Penny Shemtob, Calvary Portfolio Services, LLC, 500 Summit Lk Drive, Ste. 400, Valhalla, NY 10595 and Thomas Landis, LLC, 1210 Northbrook Drive, Ste. 300, Trevose, PA 19053, by depositing the same on July 1, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com